```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0012--CR (RRB)
                            "USA V BILL JOHN STONEROCK"
                            DEF 1.1 STONEROCK, BILL JOHN

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  01/19/05
             Closed:  09/15/05
 No. of Defendants:  1
     MJ Case Number:
                AKA:
    Location status:  Released on Own Recognizance
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Michael D. Dieni
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Karen L. Loeffler
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 STONEROCK, BILL JOHN

Document          Count    Citation and Description                        Disposition

    1 -   1 IND     1      18:1344(1) and (2) CREDIT UNION FRAUD (F)       Sentenced
                                                                           (30-1)

    1 -   1 IND     2      18:1344(1) and (2) CREDIT UNION FRAUD (F)       Dismissed
                                                                           (30-1)

    1 -   1 IND     3      18:1344(1) and (2) CREDIT UNION FRAUD (F)       Dismissed
                                                                           (30-1)

    1 -   1 IND     4      18:1344(1) and (2) CREDIT UNION FRAUD (F)       Dismissed
                                                                           (30-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A05-0012--CR (RRB)
                    "USA V BILL JOHN STONEROCK"

                         For all filing dates
```

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 01/19/05
          Closed: 09/15/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 01/19/05 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 01/19/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 01/19/05 | [Re: DEF 1] AHB Grand Jury Minutes. Warrant of arrest to issue. Bail $25,000 secured. |
| NOTE - 2 | 01/21/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 1/21/05. |
| NOTE - 3 | 01/24/05 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to Chambers. |
| 3 - 1 | 01/25/05 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arraignment on Indictment (hedl 1/25/05); financial aff filed; fpd appt; not guilty plea ct 1-4; bond set O/R; Pers Rec order filed; Order Setting Cond of Release filed; release order signed; forwarded to USM; PTM due 2/18/05; Order Regarding Prep for Trial filed.  cc: USA, FPD, USM, USPO, Judge Beistline |
| 4 - 1 | 01/25/05 | [Re: DEF 1] AHB Order of Personal Recognizance.  cc: USA, FPD, USM, PO |
| 5 - 1 | 01/25/05 | [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO |
| 6 - 1 | 01/25/05 | [Re: DEF 1] CY of AHB Order of Release (original to USM by ECRO).  cc: USA, FPD, USM, PO |
| 7 - 1 | 01/25/05 | [Re: DEF 1] Financial Affidavit. |
| 8 - 1 | 01/25/05 | [Re: DEF 1] AHB Order regarding preparation for trial; disc conf 2/7/05; ptms due 2/18/05.  cc: USA, FPD |
| 9 - 1 | 01/26/05 | [Re: DEF 1] RRB Minute Order setting trial by jury for 3/29/05 at 8:30 a.m. and FPTC for 3/24/05 at 8:30 a.m.. cc: ASUA, FPD, USM, USPO, MJ Branson, jury clerk |
| 10 - 1 | 01/26/05 | [Re: DEF 1] Return of WOA executed on 1/21/05. |
| 11 - 1 | 02/17/05 | DEF 1 Unopposed motion to continue trial. |
| 12 - 1 | 02/18/05 | [Re: DEF 1] RRB Order a hearing re: def's motion for a 90 day continuance of trial is set for 2/23/05 at 9:00 a.m.  cc: AUSA, FPD, USM, USPO, MJ Branson |
| 13 - 1 | 02/18/05 | DEF 1 Unopposed motion on shortened time for 2 week ext of time to file PTMs  w/att aff. |
| 14 - 1 | 02/23/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] RE Trial Rescheduling Conf (held 2/23/05); trial date vacated and reset to 6/20/05 at 8:30 am; FPTC reset to 6/14/05 at 8:30 am; excludable delay found; case declared complex.  cc: T. Bradley, M. Dieni, USM, USPO, Jury |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0012--CR (RRB)
                                "USA V BILL JOHN STONEROCK"

                                       For all filing dates

 Document #   Filed      Docket text
 ----------   --------   -----------
                         Clerk

   15 -   1   02/23/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   16 -   1   02/24/05   [Re: DEF 1] RRB Order granting unopposed motion on shortened time for 2
                         week ext of time to file PTMs (13-1).  PTMS are due by the COB 3/4/05.
                         cc: AUSA, FPD,

   17 -   1   06/08/05   [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at
                         the direction of the Chief Judge, the MJ referral is reassigned to MJ
                         Roberts. cc: USA, FPD, Judge Beistline

   18 -   1   06/16/05   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re FPTC (held
                         6/14/05); TBJ set for 6/20/05 at 8:30 a.m. is vacated; FPTC/PCOP set for
                         6/20/05 at 1:30 p.m. cc: USA, FPD, USM, USPO, JC

   19 -   1   06/20/05   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re FPTC/PCOP (held
                         6/20/05); continued to 6/22/05 at 9:00 a.m.  cc: USA, FPD, USM, USPO

   20 -   1   06/21/05   [Re: DEF 1] PLF 1 Plea Agreement.

   21 -   1   06/22/05   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: FPTC/PCOP (held
                         6/22/05); def pled guilty to Ct 1 of Indt; IOS set for 9/14/05 at 9:00
                         a.m.  cc: USA, FPD, USPO, USM, MJ ROBERTS, JC

   22 -   1   08/22/05   DEF 1 Unopposed motion for permission for defendant to travel outside of
                         district on shortened time.

   23 -   1   08/23/05   [Re: DEF 1] JWS Order granting unoppo mot for permission for def to
                         travel outside of district (22-1); def may travel from SOA to Corning,
                         NY from 8/28/05 to 9/12/05 w/phone contact provisions satisfactory to
                         USPO. cc: USA, FPD, USM, USPO

   24 -   1   09/07/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

   25 -   1   09/09/05   DEF 1 Sentencing Memorandum w/att exhs.

   26 -   1   09/09/05   DEF 1 Unopposed motion to accept two day late filed sentencing memo.

   27 -   1   09/13/05   [Re: DEF 1] RRB Order granting unopposed motion to accept two day late
                         filed sentencing memo (26-1).  cc: AUSA, FPD

   28 -   1   09/14/05   DEF 1 Unopposed motion to include recommendation in judgment to BOP for
                         DAP treatment while incarcerated, filed on shortened time.

   29 -   1   09/14/05   [Re: DEF 1] RRB Order granting unopposed motion to include
                         recommendation in judgment to BOP for DAP treatment while incarcerated,
                         filed on shortened time (28-1).   cc: AUSA, FPD, USM, USPO, ECR

   30 -   1   09/15/05   [Re: DEF 1] RRB Judgment dismissed count(s) 2,3,4 of the Indictment
                         (1-1); pleaded guilty to count(s) 1 of the Indictment (1-1).
                         Imprisonment for a term of 24 months w/recommendations.  Def shall
                         surrender for service as notified by the USPO.  SR 5 years w/standard
                         and special conditions.  SA $100.00.  Restitution $310,202.00 to the
                         payees as stated. cc: AUSA, FPD, USM, USPO, MJ ROBERTS, FINANCE, FLU,
                         DEF W/CNSL CY

   31 -   1   09/15/05   [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] RE: Imposition of
                         Sentence (held 09/14/05); defendant sentenced as stated in the judgment;
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0012--CR (RRB)
                                  "USA V BILL JOHN STONEROCK"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | counts 2, 3, & 4 of the Indictment are dismissed. CC: USA, FPD, USM, USPO. |
| 32 - 1 | 09/30/05 | DEF 1 Unopposed motion for permssion for defendant to travel outside of district on shortened time. |
| 33 - 1 | 09/30/05 | [Re: DEF 1] RRB Order granting unopposed motion for permssion for defendant to travel outside of district on shortened time (32-1).  cc: AUSA, FPD, USM, USPO |
| 34 - 1 | 10/11/05 | [Re: DEF 1] Partial Transcript of Imposition of Sentence (held 09/14/05). |
| 35 - 1 | 11/01/05 | USM Return of rtn of svc on judgment re: DEF 1 on 10/21/05 to FCI McKear at Bradford, AR. |